UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MAIGA HRALIMA,<br><br>  Petitioner,<br><br>v.<br><br>STATE OF NEVADA,<br><br>  Respondents. | Case No. 3:13-cv-00088-MMD-VPC<br><br>ORDER |

This action was commenced by Petitioner through his Motion for Relief from a Void Judgment Pursuant to Fed. R. Civ. P. 60(b)(4) and (6) and 60(d)(3). (Dkt. no. 1.)

The action was dismissed on June 17, 2013, as procedurally deficient. (Dkt. no. 4.) Judgment was entered the same day. Petitioner, apparently under a mistaken impression about the status of these proceedings, now seeks copies of any orders or responses "resulting from the command 'responses' due by 3/15/2013 (KR) (entered: 2/26/2013 entry No. 1 of the civil docket." Motion, p. 2. A review of the docket reveals there is no such entry or directive in this case.

The Clerk is directed to provide petitioner with a copy of the docket from this action, as well as a copy of the order dismissing it.

No further documents will be accepted for filing in this matter except a properly designated Notice of Appeal.

IT IS SO ORDERED.

DATED THIS 1st day of July 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE